PETER SMITH, Appellant, *v.* SOPHIE SMITH, Respondent.

*Husband and wife — divorce — action by husband for absolute divorce — defense of condonation.*

*Smith* v. *Smith*, 214 App. Div. 717, affirmed.

(Submitted May 14, 1926; decided June 1, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1925, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action, husband against wife, for an absolute divorce. The trial court held that there had been condonation by the husband of the wife's misconduct.

*Jacob O. Bilder* for appellant.

*Benjamin T. Cooke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.